WILLIAM A. STEVENS, attorney-general, respondent,

*v.*

WASHINGTON LOAN COMPANY et al., appellant.

[Decided October 19th, 1931.]

*Mr. Philip L. Coffin,* for the respondent.

*Messrs. Carr & Carroll,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *107 N. J. Eq. 94.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, KAYS, HETFIELD, DEAR, WELLS, JJ. 13.

*For reversal*—None.